NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2010-1218

### MICHAEL S SUTTON LIMITED,

Plaintiff-Appellant,

v.

### NOKIA CORPORATION and NOKIA INC.,

Defendants-Appellees.

Appeal from the United States District Court for the Eastern District of Texas in case no. 07-CV-0203, Judge Leonard Davis.

ON MOTION

O R D E R

Upon consideration of the unopposed motion to withdraw, as counsel for Michael S Sutton Limited, Donald R. Dunner and Allen M. Sokal from Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, and to substitute Timothy W. Johnson of Matthews, Lawson, Johnson & Payne PLLC as principal counsel.

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**MAY 1 7 2010**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Donald R. Dunner, Esq.
Timothy W. Johnson, Esq.
Darryl L. Joseffer, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 1 7 2010

JAN HORBALY
CLERK